**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

The Estate of Albert Parreno,     CASE NO. 3:24-cv-229-HES-PDB
By and through Javier Garcia-
Bengochea as Administrator

v.

AirBnB, Inc.
_____/

<u>Counsel for Plaintiff:</u>
Thomas Bishop
Frederick Page
Katharine Roth

<u>Counsel for Defendant</u>:
Pascual Oliu
Evan Ezray

<u>Counsel for Interested Party</u>
Christopher Edelman

**HONORABLE HARVEY E. SCHLESINGER**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: S. Woolbright     Court Reporter: Shelli Kozchenko

### <u>CLERK'S MINUTES</u>

### PROCEEDINGS OF HEARING:   MOTIONS HEARING

The Case was called.   Counsel appeared.

The Court heard argument on Defendant Airbnb's Motion to Dismiss and Plaintiff's Motion to Lift Discovery Stay.

No rulings were announced. The Court will issue an order.

 DATE:    February 11, 2026
 TIME:    1:00 p.m. – 2:12 p.m.
 TOTAL:  1 hour and 12 minutes